No. D–2560. IN RE DISCIPLINE OF DEAN. Joseph Wayne Dean, of Raleigh, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2561. IN RE DISCIPLINE OF CRAWFORD. Douglas Clinton Crawford, of Las Vegas, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2562. IN RE DISCIPLINE OF RADOLOVICH. Ferdinand R. Radolovich, of Louisville, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2563. IN RE DISCIPLINE OF STEINKRAUSS. Joseph Cosmas Steinkrauss, of Lexington, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2564. IN RE DISCIPLINE OF CRAIG. Sandra L. Craig, of Pacific, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2565. IN RE DISCIPLINE OF TOLEN. Eric Tyrone Tolen, of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2566. IN RE DISCIPLINE OF SCHWARTZ. Arthur L. Schwartz, of West Orange, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.